

No. 94–6922. DEHLER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 94–6924. LYLES v. INDIANA. Ct. App. Ind. Certiorari denied. 

No. 94–6925. MOORE v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied. 

No. 94–6937. AYERS v. MARYLAND. Ct. App. Md. Certiorari denied. 

No. 94–6941. HARDNETT v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 94–6946. KIRK v. SIMPSON, SHERIFF. C. A. 6th Cir. Certiorari denied. 

No. 94–6948. GILES v. IDAHO ET AL. Sup. Ct. Idaho. Certiorari denied. 

No. 94–6949. GILMORE v. GREGG ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6951. CHAMBERLIN v. HAYES ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–6956. KERSH v. LIBERTY STATE BANK & TRUST. C. A. 6th Cir. Certiorari denied. 

No. 94–6957. KERSH v. HUNTINGTON BANKS OF MICHIGAN. C. A. 6th Cir. Certiorari denied. 

No. 94–6961. DERRICK v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 94–6966. REDMOND v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–6967. RAWLINS v. OLSON ET AL. C. A. 9th Cir. Certiorari denied. 

No. 94–7005. WALLS v. FLORIDA. Sup. Ct. Fla. Certiorari denied. 

No. 94–7007. TORREY v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.